Bond No. 1001004229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ACCESS CONTENT SYSTEM
LICENSING ADMINISTRATOR, LLC,

Plaintiff(s)

vs.

LANNY SHEN d/b/a DVDFAB AND FENGTAO
SOFTWARE INC. ET AL.,

Defendant(s)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2014
```

UNDERTAKING ON
~~TEMPORARY~~ INJUNCTION
PRELIMINARY

INDEX No: 14 Civ. 1112(VSB)

WHEREAS, the Plaintiff(s) Advanced Access Content System Licensing Administrator, LLC.
above named is/are about to apply or has/have applied for a ~~Temporary~~ Preliminary Injunction in the above entitled action, restraining the Defendant(s)
Lanny Shen d/b/a DVDFAB and FENGTAO SOFTWARE INC. ET AL., as more fully set forth in the Order
dated March 4, 2014.

NOW, THEREFORE, the U.S. SPECIALTY INSURANCE COMPANY , having an office and principal place of
business for the State of New York at
c/o The Hyde Agency, 321 Broadway, New York, NY 10007
does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff(s) will pay to the Defendant(s)
Lanny Shen d/b/a DVDFAB and FENGTAO SOFTWARE INC., ET AL.,
so enjoined, such damages and costs not exceeding the sum of Fifty Thousand and No/100--
Dollars ($ 50,000.00 ), as Lanny Shen d/b/a DVDFAB and FENGTAO SOFTWARE INC., ET AL.,
may sustain by reason of the injunction, if the Court shall finally decide that the Plaintiff(s) is/are not entitled thereto; such damages
and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated March 10, 2014

U.S. SPECIALTY INSURANCE COMPANY

By _____
David J. Smith , Attorney-in-Fact

APPROVED 3/11/14

RUBY J. KRAJICK
CLERK OF COURT

BY _____
Deputy Clerk

CGB25501NY1099f

## ACKNOWLEDGMENT OF SURETY

**STATE OF NEW YORK** }
**COUNTY OF** New York } ss:

On the  10th  day of March  in year  2014  before me personally came David J. Smith  to me known, who being by me duly sworn, did depose and say that he/she resides at New York ,
that he/she is the Attorney-in-Fact of U.S. SPECIALTY INSURANCE COMPANY , the corporation described in and which executed the above instrument; that he/she knows the corporate seal of said corporation, that the seal affixed to such instrument is such corporate seal: that it was so affixed by order of the Board of Directors of said corporation, and, that he/she signed his/her name thereto by like order; and that said corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such case made and provided, that the Superintendent of insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to
U.S. SPECIALTY INSURANCE COMPANY

a Certificate of Solvency and qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law and that such certificate has not been evoked.

LOURDES SCHEEL
Notary Public, State of New York
No. 01SC6082718
Qualified in New York County
Commission Expires December 18, 2014

_____
Notary Public

# POWER OF ATTORNEY

**AMERICAN CONTRACTORS INDEMNITY COMPANY    UNITED STATES SURETY COMPANY    U.S. SPECIALTY INSURANCE COMPANY**

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**David J. Smith of New York, New York**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** \*\*\*\*\*One Million\*\*\*\*\* **Dollars ($ \*\*1,000,000.00\*\* )**. This Power of Attorney shall expire without further action on December 08, 2016. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 10th day of December, 2012.

**AMERICAN CONTRACTORS INDEMNITY COMPANY    UNITED STATES SURETY COMPANY    U.S. SPECIALTY INSURANCE COMPANY**

Corporate Seals

  

Daniel P. Aguilar, Vice President

State of California

County of Los Angeles    SS:

On 10th day of December, 2012, before me, Vanessa Wright, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)

V. WRIGHT
Commission # 1996319
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2016

I, Jeannie Lee, Assistant Secretary of American Contractors Indemnity Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this __10th__ day of __March__, __2014__.

Corporate Seals

  

Bond No. 1001004229
Agency No. 11523

Jeannie Lee, Assistant Secretary

**U.S. SPECIALTY INSURANCE COMPANY**
**STATUTORY STATEMENT OF ADMITTED ASSETS,**
**LIABILITIES, CAPITAL AND SURPLUS (1)**
December 31, 2012

| *Admitted Assets* | | *Liabilities and Capital and Surplus* | |
|---|---:|---|---:|
| Investments: | | Liabilities: | |
| Fixed Maturities, at amortized cost | 1,743,977,041 | Unpaid loss and loss adjustment expense | 961,980,720 |
| Common stocks | 25,952,616 | Commission payable | 8,744,187 |
| Cash and short term investments | 117,828,203 | Accrued expenses | 3,772,139 |
| Receivable for securities | 277,405 | Taxes, licenses, and fees | 1,985,003 |
| Total cash and Invested assets: | 1,888,035,265 | Federal income tax | 8,088,018 |
| | | Unearned premiums | 274,481,798 |
| | | Advance premium | 10,809,796 |
| | | Dividends to policyholders | 109,311 |
| | | Ceded reinsurance balance payable | 46,155,608 |
| | | Funds held under reinsurance treaties | 13,239,225 |
| | | Amounts withheld or retained for others | 103,645,655 |
| | | Provision for reinsurance | 2,900,915 |
| Accrued interest income | 19,078,595 | Payable to parent, subsidiaries and affiliates | 2,251,540 |
| Premium receivable | 80,824,398 | Payable for securities | 65,295,480 |
| Recoverable from reinsurers | 16,789,804 | Total liabilities | 1,503,459,395 |
| Net deferred tax asset | 42,975,027 | | |
| Furniture and equipment | 126,784 | Capital and Surplus: | |
| Receivable from parent, subsidiaries and affiliates | 8,142,119 | Capital Stock | 4,200,000 |
| | | Additional paid-in and contributed capital | 187,551,259 |
| | | Unassigned surplus | 360,761,338 |
| | 167,936,727 | | 552,512,597 |
| Total admitted assets | 2,055,971,992 | Total liabilities and capital and surplus | 2,055,971,992 |

(1) - In accordance with the statutory financial statements as filed on March 1, 2013.

I, Stephen P. MacDonough, Chief Financial Officer of U.S. Specialty Insurance Company, hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities and Capital and Surplus of the Company as of December 31, 2012, prepared in conformity with accounting practices prescribed or permitted by the Texas Department of Insurance. The foregoing statement should not be taken as a complete statement of financial condition of the Company. Such a statement is available upon written request at the Company's home office located at 13403 Northwest Freeway, Houston, Texas 77040.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation at Houston, Texas.

Stephen P. MacDonough
Chief Financial Officer

<u>CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW</u>

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

U. S. SPECIALTY INSURANCE COMPANY

Of Houston, Texas

a corporation organized under the laws of the State of Texas and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $552,512,597 (Capital $4,200,000) as is shown by its sworn financial statement for the end of the year, December 31, 2012, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 9th day of May, 2013.

**Benjamin M. Lawsky**
**Superintendent**

By *Jacqueline Catalfamo*
**Jacqueline Catalfamo**
**Special Deputy Superintendent**

www.dfs.ny.gov