**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/18/2014
```

ADVANCED ACCESS CONTENT
SYSTEM LICENSING
ADMINISTRATOR, LLC,

                Plaintiff,

        v.

LANNY SHEN d/b/a DVDFAB AND
FENGTAO SOFTWARE INC., *et al.*,

                Defendants.

**NO. 14-CV-1112 (VSB)**

**CLERK'S CERTIFICATE OF**
**DEFAULT**

        I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that: (1) this action commenced on February 21, 2014, with the

filing of a Summons and Complaint; (2) a copy of the Summons and Complaint was served on

each of the defendants Lanny Shen d/b/a DVDFab and Fengtao Software Inc., SunReg

Technologies Ltd. d/b/a DVDFab and Fengtao Software Inc., Feng Tao d/b/a DVDFab and

Fengtao Software Inc., Shen Xinlan d/b/a Audio-DVD Creator, and John Doe, Jane Doe and/or

XYZ Company d/b/a DVDFab, RipperBlu-ray.com, DVDFabb.com and DVDFfab.com

(collectively, "Defendants") via electronic mail pursuant to an Order of the Court dated February

21, 2014 (Dkt. No. 3); and (3) proof of such service thereof was filed on February 25, 2014 (Dkt.

No. 16).

1

I further certify that the docket entries indicate that the Defendants have not filed an

answer or otherwise moved with respect to the Complaint herein.  The default of Defendants is

hereby noted.


DATED:  New York, New York
           March _18_, 2014

                            **RUBY J. KRAJICK**
                            Clerk of Court

                      By: _____
                             Deputy Clerk

2