UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED ACCESS CONTENT SYSTEM LICENSING ADMINISTRATOR, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>LANNY SHEN d/b/a DVDFAB AND FENGTAO SOFTWARE INC., SUNREG TECHNOLOGIES LTD. d/b/a DVDFAB AND FENGTAO SOFTWARE INC., FENG TAO d/b/a DVDFAB AND FENGTAO SOFTWARE INC., SHEN XINLAN d/b/a AUDIO-DVD CREATOR, and JOHN DOE, JANE DOE and/or XYZ COMPANY d/b/a DVDFAB, RIPPERBLU-RAY.COM, DVDFABB.COM and DVDFFAB.COM,<br><br>                Defendants. | Civil Action No.<br>14 Civ. 1112 (VSB) (RLE)<br><br>**NOTICE OF MOTION TO AMEND INJUNCTION PURSUANT TO RULE 59(e)** |

To:    G. Roxanne Elings
         Davis Wright Tremain LLP
         1633 Broadway, 27th Floor
         New York, NY  10019

PLEASE TAKE NOTICE that upon the Declaration of Nancy J. Mertzel dated April 1, 2014, the exhibits attached hereto, and the accompanying Memorandum of Law, Defendant Feng Tao d/b/a Fengtao Software will move this Court, before the Honorable Vernon S. Broderick, on a date and time designated by the Court, for an order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure modifying the Preliminary Injunction entered March 4, 2014, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any opposition papers shall be served upon Defendant Feng Tao no later than April 15, 2014.

Dated: New York, New York
April 1, 2014

                                            SCHOEMAN UPDIKE KAUFMAN
                                            STERN & ASCHER LLP

By: /s/ Nancy J. Mertzel
Nancy J. Mertzel
551 Fifth Avenue
New York, New York 10176
(212) 661-5030

*Attorneys for Defendant Feng Tao
d/b/a Fengtao Software*

2