UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

ADVANCED ACCESS CONTENT SYSTEM
LICENSING ADMINISTRATOR, LLC,

                      Plaintiff,

    v.

LANNY SHEN d/b/a DVDFAB AND
FENGTAO SOFTWARE INC., SUNREG
TECHNOLOGIES LTD. d/b/a DVDFAB AND
FENGTAO SOFTWARE INC., FENG TAO
d/b/a DVDFAB AND FENGTAO SOFTWARE
INC., SHEN XINLAN d/b/a AUDIO-DVD
CREATOR, and JOHN DOE, JANE DOE and/or
XYZ COMPANY d/b/a DVDFAB, RIPPERBLU-
RAY.COM, DVDFABB.COM and
DVDFFAB.COM,

                      Defendants.

NO. 14-cv-1112 (VSB)

**DECLARATION OF GEORGE P. WUKOSON IN OPPOSITION TO DEFENDANT FENG TAO d/b/a DVDFAB AND FENGTAO SOFTWARE INC.'s MOTION TO AMEND INJUNCTION PURSUANT TO RULE 59(e)**

---

GEORGE P. WUKOSON, under penalty of perjury, declares and says:

1. I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I work associated with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel to the Plaintiff Advanced Access Content System Licensing Administrator, LLC ("AACS LA" or "Plaintiff").

2. I submit this declaration on behalf of AACS LA's in opposition to defendant Feng Tao d/b/a DVDFab and Fengtao Software Inc.'s ("Feng Tao" or "Defendant") motion to amend the Order for preliminary injunction entered March 4, 2014.

3. I have knowledge of the facts set forth below based on my personal knowledge and the records of DWT.

1

4. On March 5, 2014, DWT, on behalf of AACS LA served notice of the Order for preliminary injunction in this action, dated Mar. 4, 2014 [Doc. No. 21] (the "Preliminary Injunction Order"), on the Internet domain name registries VeriSign, Inc., NeuStar, Inc., DENIC Verwaltungs- und Betriebsgesellschaft eG (DENIC) and Japan Registry Service Co., Ltd. (JPRS).

5. On March 10, 2014, a person identifying himself only as "Frank," potentially the registrant for DVDFab.cn, frankosee@hotmail.com, contacted AACS LA's counsel purportedly to discuss settlement terms.  When asked, Frank refused to provide any further details of his identity except to say that he was not an attorney and that he was calling from China. Frank said that DVDFab was the largest circumvention software maker and it could align all other major circumvention software makers to allow AACS LA a one to three weeks exclusivity delay on introducing circumvention software in exchange for AACS LA restoring the DVDFab Websites and business.  Frank stated that if AACS LA refused the deal, DVDFab Defendants would distribute the software for free, thereby rendering AACS LA irrelevant.

6. On March 11, 2014, Facebook notified DWT, as counsel for AACS LA, that it had disabled the Facebook account located at facebook.com/dvdfab.

7. On March 14, 2014, Avangate, through counsel, notified DWT, as counsel for AACS LA, that it would ceased providing payment services to DVDFab.com on March 17, 2014.

8. On March 21, 2014, pursuant to the Preliminary Injunction Order, Google disabled the YouTube account located at youtube.com/user/dvdfabber.  Google disabled the Google+ account located at plus.google.com/+dvdfabber on or about the same date.

9. On April 1, 2014, DWT, as counsel for AACS, received notification from Twitter that it had disabled the Twitter account located at twitter.com/DVDFabber.

10. Attached hereto as <u>Exhibit A</u> is a true and correct printout, printed April 20, 2014, of: David Price, Sizing the Piracy Universe, NetNames, at Appendix B, part C, PDF page 100 (Sept. 2013), http://copyrightalliance.org/sites/default/files/2013-netnames-piracy.pdf.

11. Attached hereto as <u>Exhibit B</u> is a true and correct printout, printed April 20, 2014, of: U.S. Copyright Office Summary, The Digital Millennium Copyright Act of 1998, at 3 (Dec. 1998), http://www.copyright.gov/legislation/dmca.pdf.

12. Attached hereto as <u>Exhibit C</u> is a true and correct printout, printed April 20, 2014, of: S. Rep. No. 105-190, at 8, reprinted at http://digital-law-online.info/misc/SRep105-190.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April 2014 in New York, New York.

George P. Wukoson