USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ACCESS CONTENT SYSTEM
LICENSING ADMINISTRATOR, LLC,

                     Plaintiff,

  - against –

SHEN, et al.,

                     Defendants.

**ORDER**

No. 14 Civ. 1112 (VSB)

VERNON S. BRODERICK, United States District Judge:

The Pre-Motion Conference previously scheduled for May 16, 2014 at 11:30 a.m. is hereby rescheduled to May 27, 2014 at 11:30 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   May 7, 2014
          New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge