

@gmail.com>

# Re: Software Download(Registration problem)[Windows 7]
1 message

**DVDFab - Anny** <anny@dvdfab.com>  Sat, Oct 19, 2013 at 3:16 AM
To: ▮@gmail.com>

Dear ▮

1. Please download and install the latest version of DVDFab 9.0.7.2 at http://www.dvdfab.com/download.htm.

2. If still can't download DVDFab, please change another browser like firefox to download it again.

3. Please disable your Antivirus/Anti Spyware/Firewall software which you may have running.
Then download DVDFab again to see the result.

Any questions in the future, please feel free to contact me.

Sincerely yours,

—
Anny
DVDFab Service Team
http://forum.dvdfab.com
http://www.dvdfab.com/manual
http://www.dvdfab.com/tutorial
Official DVDFab Facebook page: http://www.facebook.com/dvdfab
Official DVDFab Twitter account: http://twitter.com/DVDFabber


Customer Service Feedback

From: ▮@gmail.com
To: anny@dvdfab.com
Date: Fri, 18 Oct 2013 15:31:15 +0700
Subject: Software Download(Registration problem)[Windows 7]

Software you order:Blu-ray to Mobile
Operating System:Windows 7
Message:
I am unable to download the software file. How do I download the software file?