

# Re: Download(Technical Support)[Windows XP Home]

5 messages

**ellen song** <ellen-song@dvdfab.cn>  Tue, Mar 25, 2014 at 2:31 AM
To:

Hi ,

What was the problem? Please kindly explain the problem you encounter, list the process you went through step by step. The more information you offer, the more effective assistance we provide.

And step-by-step screen shots would be more helpful. Thanks for your understanding, we will try our best to help you out.

Any questions in the future, please feel free to contact us.

Sincerely yours,
—
Ellen Song
DVDFab Service Team
http://forum.dvdfab.cn
http://www.dvdfab.cn/tips
http://www.dvdfab.cn/manual
Official DVDFab Twitter account: http://twitter.com/DVDFabber


Customer Service Feedback

> From:
> To: ellen-song@dvdfab.com
> Date: Mon, 24 Mar 2014 12:43:59 +0700
> Subject: Download(Technical Support)[Windows XP Home]

Technical problem:free_software_problem
Operating System:Windows XP Home
Software Version:9.1.3.6
Software:HD Decrypter
Message:
I have download DVDFab 9.1.3.6, however the program will not open and/or run. Is there any way to resolve the issue?

---

Tue, Mar 25, 2014 at 7:47 AM
To: ellen song <ellen-song@dvdfab.cn>

Ellen,

Thank you for your email. When I start the program, I receive a message stating "Fabcheck.exe has encountered a problem and needs to close."

Regards,

[Quoted text hidden]

---

**ellen song** &lt;ellen-song@dvdfab.cn&gt;　　　　　　　　　　　　　　　Wed, Mar 26, 2014 at 3:01 AM
To:

Hi ,

Please try updating your graphics card driver on its Official website, or please uninstall and reinstall the driver if your driver is the latest, then install and run the latest version of DVDFab 9.1.3.6 at http://www.dvdfab.cn/download.htm to see the result.

For more info about fabcheck.exe, please visit http://forum.dvdfab.cn/showthread.php?t=23009 to check.

Any questions in the future, please feel free to contact us.

Sincerely yours,
—
Ellen Song
DVDFab Service Team
http://forum.dvdfab.cn
http://www.dvdfab.cn/tips
http://www.dvdfab.cn/manual
Official DVDFab Twitter account: http://twitter.com/DVDFabber


Customer Service Feedback

> From:
> To: ellen-song@dvdfab.com
> Date: Tue, 25 Mar 2014 07:47:52 -0400
> Subject: Re: Download(Technical Support)[Windows XP Home]

Ellen,

Thank you for your email. When I start the program, I receive a message stating "Fabcheck.exe has encountered a problem and needs to close."

Regards,

 

On Tue, Mar 25, 2014 at 2:31 AM, ellen song &lt;ellen-song@dvdfab.cn&gt; wrote:
> Hi ,
>
> What was the problem? Please kindly explain the problem you encounter, list the process you went through step by step. The more information you offer, the more effective assistance we provide.
>
> And step-by-step screen shots would be more helpful. Thanks for your understanding, we will try our best to help you out.
>
> Any questions in the future, please feel free to contact us.
>
> Sincerely yours,
> —

Ellen Song
DVDFab Service Team
http://forum.dvdfab.cn
http://www.dvdfab.cn/tips
http://www.dvdfab.cn/manual
Official DVDFab Twitter account: http://twitter.com/DVDFabber

> From:
> To: ellen-song@dvdfab.com
> Date: Mon, 24 Mar 2014 12:43:59 +0700
> Subject: Download(Technical Support)[Windows XP Home]
>
> Technical problem:free_software_problem
> Operating System:Windows XP Home
> Software Version:9.1.3.6
> Software:HD Decrypter
> Message:
> I have download DVDFab 9.1.3.6, however the program will not open and/or run. Is there any way to resolve the issue?

---

Wed, Mar 26, 2014 at 6:52 PM

To: ellen song <ellen-song@dvdfab.cn>

Ellen,

The recommendations above did not work. Do you have any additional recommendations?

[Quoted text hidden]

---

**ellen song** <ellen-song@dvdfab.cn>                                              Wed, Mar 26, 2014 at 11:06 PM
To:                             @gmail.com>

Hi         ,

Please apply DVDFab Uninstaller to uninstall, or use the "Add/Remove Programs" feature in your "Control Panel" to uninstall the program. Open My Computer and go to C:\Program Files (OR) wherever you installed DVDFab, find if there are files left, if there are, you need manually delete them.

After all that clean procedure, please reinstall DVDFab 9.1.3.6 at http://www.dvdfab.com/download.htm. After installing, Right-click DVDFab shortcut on the desktop, click "Run as administrator" to run DVDFab again and see the result.

Please disable your Antivirus/Anti Spyware/Firewall software which you may have running. Then run DVDFab.

If still have problem, in order to help you better and check where the issue is ASAP, could you please send us the screen shots in the attachment to list the process you startup DVDFab step by step? Thanks very much. Here is a link about how to make a screen shot http://take-a-screenshot.org/ for your reference.

Also, please send us your logs to help checking this problem, the default location for log file is:
for XP C:\Documents and Settings\User Name\My Documents\DVDFab9\Log

Any questions in the future, please feel free to contact us.

Sincerely yours,
—
Ellen Song
DVDFab Service Team
http://forum.dvdfab.cn
http://www.dvdfab.cn/tips
http://www.dvdfab.cn/manual
Official DVDFab Twitter account: http://twitter.com/DVDFabber

**Customer Service Feedback**

From: ▮▮▮▮
To: ellen-song@dvdfab.com
Date: Wed, 26 Mar 2014 18:52:26 -0400
Subject: Re: Download(Technical Support)[Windows XP Home]

Ellen,

The recommendations above did not work. Do you have any additional recommendations?

▮▮▮

On Wed, Mar 26, 2014 at 3:01 AM, ellen song <ellen-song@dvdfab.cn> wrote:
> Hi ▮▮▮,
>
> Please try updating your graphics card driver on its Official website, or please uninstall and reinstall the driver if your driver is the latest, then install and run the latest version of DVDFab 9.1.3.6 at http://www.dvdfab.cn/download.htm to see the result.
>
> For more info about fabcheck.exe, please visit http://forum.dvdfab.cn/showthread.php?t=23009 to check.
>
> Any questions in the future, please feel free to contact us.
>
> Sincerely yours,
> —
> Ellen Song
> DVDFab Service Team
> http://forum.dvdfab.cn
> http://www.dvdfab.cn/tips
> http://www.dvdfab.cn/manual
> Official DVDFab Twitter account: http://twitter.com/DVDFabber

[Quoted text hidden]