```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

ADVANCED ACCESS CONTENT SYSTEM
LICENSING ADMINISTRATOR, LLC,

                Plaintiff,

      v.

LANNY SHEN d/b/a DVDFAB AND
FENGTAO SOFTWARE INC., SUNREG
TECHNOLOGIES LTD. d/b/a DVDFAB AND
FENGTAO SOFTWARE INC., FENG TAO
d/b/a DVDFAB AND FENGTAO SOFTWARE
INC., SHEN XINLAN d/b/a AUDIO-DVD
CREATOR, and JOHN DOE, JANE DOE and/or
XYZ COMPANY d/b/a DVDFAB, RIPPERBLU-
RAY.COM, DVDFABB.COM and
DVDFFAB.COM,

                Defendants.

No. 14-cv-1112 (VSB)

[PROPOSED] **ORDER TO SHOW
CAUSE TO AMEND
PRELIMINARY INJUNCTION**

---

Upon the accompanying Declaration of Matthew Hewlett, sworn to the 3rd day of October, 2014, Declaration of George P. Wukoson, sworn to the 3rd day of October, 2014 (the "Wukoson Declaration"), and exhibits annexed thereto, and the accompanying memorandum of law, it is hereby

ORDERED, that Defendants Lanny Shen d/b/a DVDFab and Fengtao Software Inc., SunReg Technologies Ltd. d/b/a DVDFab and Fengtao Software Inc., Feng Tao d/b/a DVDFab and Fengtao Software Inc., Shen Xinlan d/b/a Audio-DVD Creator, and John Doe, Jane Doe and/or XYZ Company d/b/a DVDFab, RipperBlu-ray.com, DVDFabb.com and DVDFfab.com (collectively, "Defendants") show cause before the Honorable Judge Vernon S. Broderick, located at United States Courthouse, 40 Foley Square, in the City, County and State of New York, Courtroom 518, on October 30, 2014, at 2:30 o'clock a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be entered modifying the

1

Preliminary Injunction Order as requested Plaintiff Advanced Access Content System Licensing Administrator, LLC's ("Plaintiff" or "AACS LA") accompanying Memorandum of Law and set out in the Proposed Amended Preliminary Injunction Order submitted herewith as Exhibit A to the Wukoson Declaration.

SO ORDERED this 3rd day of October 2014

Hon. Vernon S. Broderick
Judge of the United States District Court
for the Southern District of New York