UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED ACCESS CONTENT SYSTEM LICENSING ADMINISTRATOR, LLC,<br><br>                      Plaintiff,<br><br>           v.<br><br>LANNY SHEN d/b/a DVDFAB AND FENGTAO SOFTWARE INC., SUNREG TECHNOLOGIES LTD. d/b/a DVDFAB AND FENGTAO SOFTWARE INC., FENG TAO d/b/a DVDFAB AND FENGTAO SOFTWARE INC., SHEN XINLAN d/b/a AUDIO-DVD CREATOR, and JOHN DOE, JANE DOE and/or XYZ COMPANY d/b/a DVDFAB, RIPPERBLU-RAY.COM, DVDFABB.COM and DVDFFAB.COM,<br><br>                      Defendants. | CIVIL ACTION NO. <u>14-cv-01112 VSB</u><br><br>*EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO SERVE PROCESS BY EMAIL |

        Plaintiff Advanced Access Content System Licensing Administrator, LLC ("AACS LA" or "Plaintiff") hereby applies, on an *ex parte* basis, for an order granting leave to serve process on defendants Lanny Shen d/b/a DVDFab and Fengtao Software Inc., SunReg Technologies Ltd. d/b/a DVDFab and Fengtao Software Inc., Feng Tao d/b/a DVDFab and Fengtao Software Inc., Shen Xinlan d/b/a/ Audio-DVD Creator, and John Doe, Jane Doe and/or XYZ Company d/b/a DVDFab, RipperBlu-ray.com, DVDFabb.com and DVDFfab.com (collectively, "the DVDFab Group" or "Defendants") by email pursuant to Federal Rule of Civil Procedure 4(f)(3).

        This Application is made upon the ground that service by email on Defendants is permitted by the Federal Rules of Civil Procedure and the Constitution and is the only and best means to serve Defendants and is based upon the accompanying Memorandum of Law and Declarations of Don Leake, Jr., Torey Johnson, Matthew Hewlett and George P. Wukoson, and exhibits thereto, filed concurrently herewith.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant its *ex parte* application for an order

(a) ordering that Plaintiff may complete service of process of the Summons and Complaint and all papers in support of any motions submitted in this action on Defendants by electronic mail at the unique email addresses listed in Exhibit 1 to the concurrently filed Proposed Order Granting Leave to Serve Process by Email (the "Proposed Order"), used by Defendants in conjunction with their DVDFab Websites (*i.e.,* the websites located or operated at the following domain names: DVDFab.com, DVDFab.net, DVDIdle.com, 3d-video-converters.com, 3dBluRay-ripper.com, Blu-Ray-ripper.us, Blu-Ray-Software.us, BluRayripper.jp, BluRaysbs3d.com, BluRaysoft.jp, CopyBluRay.us, DVDFab.jp, DVDFab9.com, DVDvideosoft.jp, kopiersoftware.com, macBluRaycopy.com, mourlife.com, readtechnews.com, sbs3d.com, sbs3dconverter.com, sbs3dcopy.com, sbs3dripper.com, tracehotnews.com, videoconverter.jp, wollytech.com, xn--dvd-ti4bzc1jla2oj3ne.com, 2d-3d-converter.com, copyDVDsoftware.us, sbs3dcreator.com, DVDFab.de, audio-dvd-creator.com, ripperBluRay.com, DVDFabb.com and DVDFfab.com); and

(b) finding Plaintiff has demonstrated that the email addresses listed in Exhibit 1 to the Proposed Order provide adequate notice to Defendants pursuant to Fed. R. Civ. P. 4.

Dated: February 21, 2014                    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:     /s/ G. Roxanne Elings

G. Roxanne Elings
(RoxanneElings@dwt.com)
George Wukoson
(GeorgeWukoson@dwt.com)
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

(*pro hac vice* applications concurrently filed)
James D. Nguyen
(jimmynguyen@dwt.com)
Sean M. Sullivan
(seansullivan@dwt.com)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

*Attorneys for Plaintiff Advanced Access Content System Licensing Administrator, LLC*

3