

27th Floor
1633 Broadway
New York, NY  10019-6708

**George P. Wukoson**
(212) 603-6479 tel
(212) 379-5221 fax

georgewukoson@dwt.com

October 22, 2014

BY ECF
Honorable Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Advanced Access Content System Licensing Administrator, LLC v. Shen, et al.
      Civil Action No. 14-cv-1112 (VSB)

Dear Honorable Judge Broderick:

      We write on behalf of our client and plaintiff Advanced Access Content System Licensing Administrator, LLC ("AACS LA") and jointly with defendant Feng Tao d/b/a DVDFab and Fengtao Software's ("Feng Tao Defendant") to respectfully request adjournment of the show cause hearing currently scheduled for Thursday, October 30, 2014 at 2:30 p.m. by the Order to Show Cause to Amend Preliminary Injunction, dated October 3, 2014 [Doc. No. 59], to November 6, 2014 at 2:30 p.m. in order to allow Feng Tao Defendant to submit papers in opposition to the motion and for AACS LA to submit a reply thereto.  The parties also request for the same reason that Feng Tao Defendant's opposition be due October 30, 2014 and that AACS LA's reply be due November 4, 2014.  No previous requests for adjournment of this hearing date have been made.

      Thank you for your consideration of this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ George P. Wukoson*

George P. Wukoson

cc: Nancy Mertzel, Esq. (by ECF)

DWT 25083981v1 0098723-000001

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com