

Nancy J. Mertzel
646.723.1069 direct
nmertzel@schoeman.com

November 14, 2014

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Advanced Access Content System Licensing Administrator, LLC
      v. Lanny Shen et al.; Case No. 14 Civ. 1112 (VBS)

Dear Judge Broderick:

The Declaration of Feng Tao that was filed on October 30, 2014 (Doc. #72) had an incorrect exhibit attached as Exhibit 4. Accordingly, defendant today filed a replacement declaration (Doc. No. 77), and sent a letter to the Clerk's Quality Control group requesting that the Clerk accept the corrected declaration. A copy of the letter to the Clerk is attached hereto as Exhibit 1.

Respectfully submitted,

Nancy J. Mertzel

NJM:ljk

cc:  Roxanne G. Elings, Esq. (via email)



Nancy J. Mertzel
646.723.1069 direct
nmertzel@schoeman.com

November 14, 2014

**Via First Class Mail**

Clerk of the Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Attn: Quality Control

    Re:    Advanced Access Content System Licensing Administrator, LLC
             v. Lanny Shen et al.; Case No. 14 Civ. 1112 (VBS)

To the Clerk:

    The Declaration of Feng Tao in Opposition to Motion to Modify Injunction that was filed on October 30, 2014 (Doc. # 72) had an incorrect exhibit attached as Exhibit 4. Accordingly, defendant Feng Tao today filed a replacement declaration (Doc. # 77).

    Defendant requests that Document No. 77 be accepted as a replacement for Document # 72.

Respectfully submitted,

*Nancy J Mertzel*

Nancy J. Mertzel

NJM:ljk

cc: Roxanne G. Elings, Esq. (via email)