USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/18/2014__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ADVANCED ACCESS CONTENT SYSTEM                               :
LICENSING ADMINISTRATOR, LLC,                                :
                                                             :
                            Plaintiff/s,    :      14-CV-1112 (VSB)
                                                             :
         - against -                                        :         ORDER
                                                             :
LANNY SHEN d/b/a DVDFAB and                                  :
FENGTAO SOFTWARE INC., SUNREG                                :
TECHNOLOGIES LTD d/b/a DVDFAB and                            :
FENGTAO SOFTWARE INC., FENG TAO                              :
d/b/a DVDFAB and FENGTAO SOFTWARE                            :
INC., SHEN XINLAN d/b/a AUDIO-DVD                            :
CREATOR, and JOHN DOE, JANE DOE,                             :
and/or XYZ COMPANY d/b/a DVDFAB,                             :
RIPPERBLUERAY.COM, DVDFABB.COM,                              :
and DVDFFAB.COM,                                             :
                                                             :
                          Defendant/s.    :
                                                             :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

       The parties are scheduled to appear for a hearing on November 19, 2014 at 10:30 a.m., at which time Defendants are directed to show cause why an order modifying the Preliminary Injunction as requested by Plaintiff should not be entered.  During the hearing, the parties should be prepared to answer and discuss the following factual and legal questions, among others, relating to the initial preliminary injunction and Plaintiff's request for modification:

    (1) What is the registrant information, IP address, and location of host server for each of the websites, specifically Blufab.cn, Blufab.com, DVDFab.de, DVDFab.cn, DVDFab.com, and Fabimg.net?

    (2) When a user visits the DVDFab.jp or DVDFab.de websites, does the download take

place from DVDFab.com's host server in Montreal or a host server in Japan and/or Germany?

(3) Do the "Unrelated Products" circumvent technological measures designed to prevent the unauthorized copying of a DVD or Blu-ray disc, other than AACS LA's technology?

(4) What are the specific functions of the "Unrelated Products"?

(5) Do the "non-U.S." versions of DVDFab Software contain AACS decryption capabilities?

(6) Defendant Tao states that the BluFab.com website does not sell infringing products. Does BluFab.com sell a product that contains Passkey 8, Passkey Lite, or some other version of this product? Can the products found on BluFab.com be combined with an add-on that permits the ripping of AACS encryption codes or other forms of copying encryption on Bluray discs?

(7) Who is Peter Zhang? What relationship does he have to Feng Tao?

(8) Who is Xin Lan Shen? What relationship does Xin Lan Shen have to Lanny Shen?

(9) Is there a difference between the "effects" necessary to apply a federal law extraterritorially and the effects necessary to subject a Defendant to personal jurisdiction?

(10)    Would the proposed modified injunction enjoin acts that are exclusively outside of the United States and do not impact the United States?

(11)    Are there cases involving websites that sell both infringing and non-infringing products, that limit an injunction only to the infringing products? If so, how did courts implement such an injunctions?

SO ORDERED.

Dated: November 18, 2014
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge