UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| ADVANCED ACCESS CONTENT SYSTEM LICENSING ADMINISTRATOR, LLC,<br><br>                         Plaintiff,<br>      v.<br><br>LANNY SHEN d/b/a DVDFAB AND FENGTAO SOFTWARE INC., SUNREG TECHNOLOGIES LTD. d/b/a DVDFAB AND FENGTAO SOFTWARE INC., FENG TAO d/b/a DVDFAB AND FENGTAO SOFTWARE INC., SHEN XINLAN d/b/a AUDIO-DVD CREATOR, and JOHN DOE, JANE DOE and/or XYZ COMPANY d/b/a DVDFAB, RIPPERBLU-RAY.COM, DVDFABB.COM and DVDFFAB.COM,<br><br>                         Defendants. | NO. 14-cv-1112 (VSB)<br><br>DECLARATION OF MATTHEW HEWLETT |

MATTHEW HEWLETT, under penalty of perjury, declares and says:

1.      I am a private investigator licensed by the State of North Carolina and employed by Vaudra, Ltd. ("Vaudra"), a North Carolina-based investigation company. I have been employed as a private investigator, focusing on intellectual property infringement for the past ten years. I have been employed by Vaudra since October 2009. I have conducted and/or participated in approximately seven-hundred investigations involving intellectual property violations, including through Internet sales.

2.      I submit this declaration on behalf of plaintiff Advanced Access Content System Licensing Administrator, LLC ("AACS LA" or "Plaintiff") in support of AACS LA's motion to modify the Preliminary Injunction Order.

3. The following actions were undertaken by myself, or in conjunction with other Vaudra investigators. If called upon as a witness, I could testify to the following from personal knowledge and/or a review of Vaudra's business files.

4. Attached as Exhibit A are true and correct screenshots of the web page article "TDMOre removes option to decrypt AACS protected Blu-rays on myce.com and the web page "Home > For Myce" on DVDFab.cn.

5. I observed that the red square banner advertisement on the top right of the web page article "TDMOre removes option to decrypt AACS protected Blu-rays on myce.com was a hyperlink to the web page "Home > For Myce" on DVDFab.cn

Executed this 19 day of November 2014 in New York, New York.

_____
Matthew Hewlett

2

DWT 25431783v1 0098723-000001