

27th Floor
1633 Broadway
New York, NY  10019-6708

**George P. Wukoson**
(212) 603-6479 tel
(212) 379-5221 fax

georgewukoson@dwt.com

April 14, 2015

BY ECF
Honorable Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Advanced Access Content System Licensing Administrator, LLC v. Shen, et al.
      Civil Action No. 14-cv-1112 (VSB)

Dear Honorable Judge Broderick:

      We write on behalf of Advanced Access Content System Licensing Administrator, LLC ("AACS LA") to specify that the reason AACS LA filed an Amended Memorandum of Law [Doc. No. 93] after filing a Memorandum of Law [Doc. No. 92], both on April 13, 2015, was to correct an incorrect title on the first and title page of the Memorandum of Law [Doc. No. 92]. The title on the first and title page of the Memorandum of Law [Doc. No. 92] incorrectly reads "MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT FENG TAO d/b/a DVDFAB AND FENGTAO SOFTWARE INC.'S MOTION TO AMEND INJUNCTION PURSUANT TO RULE 59(e)." The title on the first and title page of the Memorandum of Law [Doc. No. 93] correctly reads "MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT FENG TAO d/b/a DVDFAB AND FENGTAO SOFTWARE INC.'S MOTION FOR RECONSIDERATION." There are no other differences between the Memorandum of Law [Doc. No. 92] and the Amended Memorandum of Law [Doc. No. 93].

      Respectfully submitted,

      Davis Wright Tremaine LLP

      */s/ George P. Wukoson*

      George P. Wukoson

cc: Nancy J. Mertzel, Esq. (by ECF)

DWT 26646428v1 0098723-000001

Anchorage  New York  Seattle
Bellevue   Portland  Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com