**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
ADVANCED ACCESS CONTENT
SYSTEM LICENSING
ADMINISTRATOR, LLC,

                           Plaintiff,                    14 **CIVIL** 1112 (VSB)

          -against-                                 **JUDGMENT**

LANNY SHEN, et al.,

                          Defendants.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated July 5, 2023, the Court hereby ADOPTS Magistrate

Judge Aaron's Report in its entirety. Accordingly, Plaintiff is awarded $14,927,000.00 in

damages; accordingly, the case is closed.

**Dated:** New York, New York

      July 5, 2023

                                        **RUBY J. KRAJICK**

                                    _____
                                        **Clerk of Court**

        **BY:**                              _____
                                        **Deputy Clerk**